UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JON A. SPETZER,                          :
                                         :
        Petitioner                       :    No. 4:CV-10-0284
                                         :
        v.                               :    (Judge Nealon)   **FILED**
                                         :                     **SCRANTON**
FRANKLIN J. TENNIS,                      :
                                         :                     MAY 2 2 2012
        Respondent                       :    PER _____
                                                DEPUTY CLERK
                    <u>ORDER</u>

**AND NOW, THIS 22nd DAY OF MAY, 2012**, for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.      The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2.      The Clerk of Court is directed to **CLOSE** this case.

3.      There is no basis for the issuance of a certificate of appealability.


                        _____
                        **United States District Judge**