UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JON A. SPETZER, | : |
| | : |
| Petitioner | : No. 4:CV-10-0284 |
| | : |
| v. | : (Judge Nealon) |
| | : |
| FRANKLIN J. TENNIS, | : |
| | : |
| Respondent | : |

FILED
SCRANTON
MAY 22 2012
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 22nd DAY OF MAY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

_____
**United States District Judge**